UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKHAEL CHARLES DORISE,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>B.M. TRATE,<br><br>　　　　　　Respondent. | Case No. 1:22-cv-01423-JLT-CDB (HC)<br><br>ORDER CONSTRUING PETITIONER'S REQUEST FOR BRIEFING SCHEDULE AS MOTION FOR STATUS UPDATE AND GRANTING REQUEST<br><br>(Doc. 6) |

　　　　Petitioner Mikhael Charles Dorise is a federal prisoner proceeding *pro se* and *in forma pauperis* with a petition for habeas corpus filed pursuant to 28 U.S.C. § 2241. Petitioner currently is serving a 411-month sentence with an estimated release date of April 14, 2032 (according to the Bureau of Prison's online prison inmate locator, available at https://www.bop.gov/inmateloc/) (last accessed Apr. 20, 2023).

　　　　On April 19, 2023, the Clerk of Court received and filed on Petitioner's behalf a motion requesting a briefing schedule. (Doc. 6). Construing the pleading liberally, Plaintiff appears to request that the Court complete its preliminary screening so that a scheduling order may be issued.

　　　　Petitioner is advised that the Eastern District of California is one of the busiest courts in the country and remains under a judicial emergency. Petitioner is further informed that the matter

has been referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(b)(17).  Petitioner's preliminary screening will be resolved as soon as is practicable given the Court's extraordinary workload.

      Accordingly, it is hereby ORDERED that Petitioner's Request for a Briefing Schedule, (Doc. 6), construed as a motion for a status update, is GRANTED.

IT IS SO ORDERED.

Dated: __**April 20, 2023**__                         _____
                                                  UNITED STATES MAGISTRATE JUDGE